IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
Akron Division

| | |
|---|---|
| Dan-Bunkering (America) Inc., § § Plaintiff, § § vs. § § IChor Oil, LLC, et al., § § Defendant and Garnishees. § | CASE NO.: 5:21-mc-31 |

**MOTION FOR ADMISSION *PRO HAC VICE*** 

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now J. Stephen Simms, applicant herein, and moves this Court to grant admission to the United States District Court for the Northern District of Ohio *pro hac vice* to represent Dan-Bunkering (America) Inc. in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Simms Showers LLP with offices at:

    Applicant's Name: J. Stephen Simms
    Mailing address: 201 International Circle, Suite 230
    City, State, Zip Code: Baltimore, Maryland 21030
    Telephone: 410-783-5795
    Facsimile: 410-510-1789
    E-mail: jssimms@simmsshowers.com

2. Since 1985, Applicant has been and presently is a member of and in good standing with the Bar of the State of Maryland.

Applicant's bar license number is 198-512-010-574.

Applicant attaches an original of the Certificate of Good Standing issued for Applicant, date, June 24, 2021 from the Court of Appeals of Maryland, confirming Applicant's good standing as a member of the Bar of the State of Maryland.

3. Applicant has never been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States.

4. Applicant has never received any reprimand from any court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

Wherefore, Applicant prays that this Court enter an order permitting the admission of J. Stephen Simms to the Northern District of Ohio *pro hac vice* for this case only.

Dated: July 14, 2021.

                                             J. Stephen Simms
                                             Simms Showers LLP
                                             201 International Circle, Ste. 230
                                             Baltimore, Maryland 21030
                                             Telephone: (410) 783-5795
                                             Facsimile: (410) 510-1789
                                             E-mail: jssimms@simmsshowers.com

Counsel for Dan-Bunkering (America) Inc